FINAL COPY
309 Ga. 583

S20Y0869. IN THE MATTER OF ELIZABETH VILA ROGAN.

PER CURIAM.

This disciplinary matter is before the Court on the petition for voluntary surrender of license filed by Elizabeth Vila Rogan (State Bar No. 727642), who has been a member of the Bar since 1991. After initially being indicted on one count of forgery in the first degree based on her act of knowingly signing a judge's initials to a clarifying order without having obtained his express permission, Rogan entered a negotiated plea of nolo contendere to obstruction of officers in violation of OCGA § 16-10-24, pursuant to the First Offender Act, OCGA § 42-8-60. Rogan admits that by virtue of her plea, she violated Rules 4.1 (a), 8.4 (a) (3), 8.4 (a) (4), and 8.4 (a) (8), of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d). The maximum sanction for a violation of any of these

Rules is disbarment.

Rogan initially filed a petition for voluntary discipline seeking a 12-month suspension, but after the State Bar opposed her petition and stated that her actions warranted disbarment, she filed a request to convert her petition to a voluntary surrender of license, which is tantamount to disbarment. The State Bar does not oppose her request.

We have reviewed this record and agree to accept Rogan's petition for the voluntary surrender of her license, as we conclude that the proposed discipline is commensurate with Rogan's misconduct. See *In the Matter of Griffieth*, 298 Ga. 436 (782 SE2d 443) (2016); *In the Matter of Davidson*, 275 Ga. 202 (563 SE2d 134) (2002). Accordingly, the name Elizabeth Vila Rogan hereby is removed from the rolls of persons entitled to practice law in the State of Georgia. Rogan is reminded of her duties under Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED AUGUST 10, 2020.

Voluntary surrender of license.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, James S. Lewis, Assistant General Counsel State Bar*, for State Bar of Georgia.